# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00834-CV

**Life Care Centers of America, Inc., Appellant**

**v.**

**Texas Property and Casualty Insurance Guaranty Association, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN403160, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss its appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed:   February 17, 2006